**Dismiss and Opinion Filed February 5, 2020**



**In the**

**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-19-00899-CV**

**CHADWICK LIPSEY, Appellant**
**V.**
**MICHAEL ANTHONY LUJAN AND LONE STAR CORRUGATED CONTAINER**
**CORPORATION D/B/A SAVWAY CARTON FORMS D/B/A LONE STAR DIGITAL,**
**Appellees**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-09105**

# MEMORANDUM OPINION

Before Justices Bridges, Molberg, and Carlyle
Opinion by Justice Carlyle

Appellant's brief in this case is overdue. By postcard dated December 18, 2019, we notified appellant the time for filing appellant's brief had expired. We directed appellant to file a brief and an extension motion within ten days. We cautioned appellant that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed a brief, filed an extension motion, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).


/Cory L. Carlyle/
CORY L. CARLYLE
JUSTICE


190899F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

CHADWICK LIPSEY, Appellant

No. 05-19-00899-CV          V.

MICHAEL ANTHONY LUJAN AND
LONE STAR CORRUGATED
CONTAINER CORPORATION D/B/A
SAVWAY CARTON FORMS D/B/A
LONE STAR DIGITAL, Appellee

On Appeal from the 44th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-16-09105.
Opinion delivered by Justice Carlyle.
Justices Bridges and Molberg participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellees MICHAEL ANTHONY LUJAN AND LONE STAR CORRUGATED CONTAINER CORPORATION D/B/A SAVWAY CARTON FORMS D/B/A LONE STAR DIGITAL recover their costs of this appeal from appellant CHADWICK LIPSEY.

Judgment entered this 5th day of February, 2020.

–3–